FILED
2010 Jun-29 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) GILCO CONTRACTING, INC., ) ) Defendant. ) | 7:09-cv-01949-LSC |

ORDER

On April 30, 2010, the magistrate judge entered his Report and Recommendation, recommending that the motion of Plaintiff, the Equal Employment Opportunity Commission (hereinafter "Plaintiff") for default judgment against Defendant, Gilco Contracting, Inc., be granted. (Docs. 16, 12, respectively). No objections to the Report and Recommendation have been filed.

The court has considered the entire file in this action, together with the magistrate judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be

adopted and approved.

The court hereby ADOPTS and APPROVES the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, Plaintiff's Motion for Default Judgment is hereby GRANTED.  The Equal Employment Opportunity Commission is hereby AWARDED $148,045.00 ($74,669.00 to be allocated to Tracy Taylor and $73,376.00 to be allocated to Nichole Danford), with costs taxed against the Defendant.

Done this 29th day of June 2010.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671